**Order entered January 20, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01162-CV

**HM RUBY FUND, L.P., Appellant**

**V.**

**C.A. RUNDELL, JR., ET AL., Appellees**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-09062**

## ORDER

We **GRANT** cross-appellants' January 13, 2015 unopposed second motion for an extension of time to a brief. Cross-appellants shall file their brief by **FEBRUARY 13, 2015**. We caution cross-appellants that no further extension of time will be granted absent extraordinary circumstances.

/s/　　ELIZABETH LANG-MIERS
　　　　JUSTICE